RUTH KEKAC *v.* THE NEW YORK, NEW HAVEN AND
HARTFORD RAILROAD COMPANY

The motion by the plaintiff seeking correction of the record on appeal from the Superior Court in Fairfield County, and other relief, is denied.

*Ruth Kekac,* pro se, in support of the motion.

Submitted July 19—decided July 25, 1963

HARRY KERSHAW, JR. *v.* LUMBERMENS MUTUAL
CASUALTY COMPANY

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*David M. Reilly, Jr.,* in support of the petition.

Submitted July 22—decided September 18, 1963

HOUSEHOLD FINANCE CORPORATION *v.* THOMAS HILL

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*James M. S. Ullman,* in support of the petition.

*Manuel B. Clark,* in opposition.

Submitted August 16—decided September 18, 1963

DOMINIC J. CARILLI *v.* CITY OF HARTFORD

The motion by the defendant for an extension until September 30, 1963, of the time heretofore limited by this court for the filing of the defendant's brief on reargument of its appeal from the Court of Common Pleas in Hartford County is granted.

*Joseph J. Burns,* on the motion.

Submitted September 13—decided September 18, 1963